IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division


MARY ELIZABETH ARNDER,

       Plaintiff,

v.                                      CIVIL ACTION NO. 4:09cv49

DAVID G. TEASLEY, M.D.,

       Defendant.

## REQUEST FOR HEARING

PLEASE TAKE NOTICE that the Plaintiff respectfully requests that a hearing be set on the following:

1.     Plaintiff's Motion to Amend/Correct (Document No. 11);

2.     Defendant's Motion for Partial Summary Judgment (Document No. 13);

3.     Plaintiff's Second Motion to Amend/Correct (Document 16);

4.     Plaintiff's Motion to Amend/Correct Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment (Document 19).

                                    Respectfully submitted,

                                    /s/ Robert J. Haddad
                                    Attorney for Mary Elizabeth Arnder
                                    SHUTTLEWORTH, RULOFF, SWAIN,
                                       HADDAD & MORECOCK, P.C.
                                    4525 South Boulevard, Suite 300
                                    Virginia Beach, VA 23452
                                    Telephone:  (757) 671-6000
                                    Facsimile: (757) 671-6004
                                    Email: rhaddad@srgslaw.com
                                    VSB No. 22298

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Madeline Hawks Stark, Esquire and Edward J. McNelis, III, Esquire, and I hereby certify that I have mailed the document to the following non CM/ECF participants: None.

Respectfully submitted,

/s/ Robert J. Haddad
Attorney for Mary Elizabeth Arnder
SHUTTLEWORTH, RULOFF, SWAIN,
    HADDAD & MORECOCK, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452
Telephone:  (757) 671-6000
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
VSB No. 22298